54

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MERLE WAYNE CARLISLE, Defendant-Appellant.

(No. 12040;

Fourth District—April 18, 1973.

Opinion by Mr. PRESIDING JUSTICE CRAVEN.

John F. McNichols, of Defender Project, of Springfield, (Bruce L. Herr, of counsel,) for appellant.

No appearance for the People.